**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6633**

_____

ANTHONY MCNEISH,

                    Plaintiff - Appellant,

          v.

BIG SARGE BAIL BONDS ASSOCIATES INC.; MANLEY YATES; JOHN
DOE,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:11-cv-00739-BO)

_____

Submitted: August 1, 2012          Decided:  August 10, 2012

_____

Before NIEMEYER, GREGORY, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony McNeish, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony McNeish appeals the district court's order denying his motion for leave to amend his 42 U.S.C. § 1983 (2006) complaint after it was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McNeish v. Big Sarge Bail Bonds Assocs., No. 5:11-cv-00739-BO (E.D.N.C. Mar. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2